**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**Phyllis M. Higgins,**

    **Plaintiff,**

  v.                                      Case No. 2:11-cv-213

**Michael J. Astrue,**                  **JUDGE ALGENON L. MARBLEY**
**Commissioner of**                   **Magistrate Judge Kemp**
**Social Security,**

    **Defendant.**

## ORDER

   This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on December 20, 2011.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation. The plaintiff's statement of errors is **SUSTAINED**.  This case is remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four.

      **IT IS SO ORDERED.**


                                                      s/Algenon L. Marbley
                                                      Algenon L. Marbley
                                                      United States District Judge