**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**Phyllis M. Higgins,**

    **Plaintiff,**

  v.                                Case No. 2:11-cv-213

**Michael J. Astrue,**                 **JUDGE ALGENON L. MARBLEY**
**Commissioner of**                 **Magistrate Judge Kemp**
**Social Security,**

    **Defendant.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the February 2, 2012 Order, the Court ADOPTED the Report and Recommendation. The plaintiff's statements of errors is SUSTAINED. This case is remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g).

Date: **February 2, 2012**                 **James Bonini, Clerk**

                                                    s/Betty L. Clark
                                                    Betty L. Clark/Deputy Clerk