IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Phyllis M. Higgins,**

    **Plaintiff,**

    v.                                    Case No. 2:11-cv-213

**Michael J. Astrue,**                    **JUDGE ALGENON L. MARBLEY**
**Commissioner of**                    **Magistrate Judge Kemp**
**Social Security,**

    **Defendant.**

## ORDER

    The parties have stipulated to an award of fees under the Equal Access to Justice Act. Pursuant to that stipulation, plaintiff is awarded the sum of $4,980.00. The award of attorney fees satisfies all of plaintiff's claims for fees and expenses under 28 U.S.C. §2412.

    **IT IS SO ORDERED.**

                                                      s/Algenon L. Marbley
                                                      Algenon L. Marbley
                                                      United States District Judge